## UNITED STATES of America, Plaintiff–Appellee

v.

## Seider Ismael HERNANDEZ–FLORES, Defendant–Appellant.

### No. 13–40864.
### Conference Calendar.

United States Court of Appeals, Fifth Circuit.

April 16, 2014.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

---

Marjorie A. Meyers, Federal Public Defender, Laura Fletcher Leavitt, Assistant Federal Public Defender, Molly Estelle Odom, Esq., Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before PRADO, ELROD, and HAYNES, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Seider Ismael Hernandez–Flores raises an argument that he concedes is foreclosed by *United States v. Izaguirre–Flores*, 405 F.3d 270, 277 (5th Cir.2005), which held that the North Carolina offense of taking indecent liberties with a child constituted "sexual abuse of a minor" and thus is a crime of violence for purposes of the 16–level enhancement under U.S.S.G. § 2L1.2(b)(1)(A)(ii). Accordingly, Hernandez–Flores's unopposed motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.